**SO ORDERED.**

**SIGNED this 6 day of November, 2015.**

_____
**Stephani W. Humrickhouse
United States Bankruptcy Judge**

_____

UNITED STATES BANRKUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| IN RE: | CASE NO.: |
| ELLA M. PEEBLES | 15-04785-5-SWH |
| DEBTOR | CHAPTER 13 |

### ORDER ON OBJECTION TO CLAIM

THIS MATTER coming on to be heard upon the Objection Claim of United Consumer Financial Services filed by attorney for debtor herein, the Court finds as follows:

1. Debtor filed the Chapter 13 case on September 2, 2015.

2. United Consumer Financial Services has filed claim number 4 as a secured claim in the amount of $1,123.50 secured by a Kirby Cleaning System.

3. The Debtor disputes said claim based on the value of property. The Debtor believes that the value of the Kirby is $500.00 as listed in the schedules.

4. Claim number 4 of United Consumer Financial Services should be allowed as a secured claim in the amount of $500.00.

NOW THEREFORE, it is hereby ordered that the claim filed by United Consumer Financial Services shall be denied as filed. Said claim shall be allowed as secured claim in the amount of $500.00.

END OF DOCUMENT